IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DAVID PESQUERA,** § | | |
| **JENNIEY PESQUERA,** § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | Civil Action No. 4:17-cv-00098 | |
| § | | |
| **ALLSTATE VEHICLE AND** § | | |
| **PROPERTY INSURANCE COMPANY,** § | | |
| § | | |
| *Defendant.* § | JURY | |

**PARTIES' STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs DAVID PESQUERA and JENNIEY PESQUERA, and Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, announce the parties' Stipulation of Dismissal of this action without Prejudice. There are no cross claims or third-party claims which have been filed against or by Defendant. The Parties further move that costs of Court be taxed against the party incurring the same.

The parties respectfully request that the Court sign the attached Order Granting the Stipulation without Prejudice.

[*Signature Block on Following Page*]

Respectfully submitted,

**THE CORONA LAW FIRM, PLLC**

By: /s/ *Jesse S. Corona*

Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
12807 Haynes Road, Bldg E
Houston, Texas 77066
Office: (281) 882-3531
Facsimile: (713) 678-0613
Jesse@theCoronaLawfirm.com

**ATTORNEY FOR PLAINTIFF**

-and-

 /s/ *Marilyn S. Cayce* *
Roger D. Higgins
State Bar No. 09601500
Thompson, Coe, Cousins & Irons, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
rhiggins@thompsoncoe.com
* *signed by permission*

Marilyn S. Cayce
State Bar No. 17705500
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Telecopy: (713) 403-8299
mcayce@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on this the 1ˢᵗ day of March 2019, a true and correct copy of the foregoing document was served on all counsel of record, pursuant to the Federal Rules of Civil Procedure as follows:

Mr. Roger D. Higgins                          *Via Federal ECF*
Ms. Marilyn S. Cayce
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street
25th Floor – Plaza of the Americas
Dallas, Texas 75201
Telephone: (214) 871-8700
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
mcayce@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

                                               By: */s/ Jesse S. Corona*
                                                    Jesse S. Corona